**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| In re: | * | |
| TRANSCOLOR CORPORATION, | * | Case No. 98-6-5483-JS |
| Debtor. | * | |
| *      *      *      *      *      * | * | |
| MARSHALL & ILSLEY TRUST | * | |
| COMPANY N.A., SUCCESSOR | | |
| TRUSTEE, and Successor in Interest to | * | |
| National City Bank of Minneapolis, | | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | Adv. Proc. No. 99-05627-JS |
| | * | |
| MORTON M. LAPIDES, et al., | | |
| | * | |
| Defendants. | | |
| *      *      *      *      *      *      *      *      *      *      *      *      * | | |

**STATUS REPORT AND RESPONSE BY PLAINTIFF**
**TO NOTICE OF CONTEMPLATED DISMISSAL**

Plaintiff Marshall & Ilsley Trust Company N.A. (the "Trust"), through its

undersigned counsel hereby files this Status Report and Response to Notice of Contemplated

Dismissal, and states as follows:

On June 13, 2003, the Court entered judgment in favor of the Plaintiff and

against the Defendants in the amount of $7,000,000.00 (the "Judgment").  The Judgment

remains unpaid.  This case should not be dismissed while the Judgment remains unpaid and

effective.  In its attempts to collect the Judgment, the Plaintiff filed a related lawsuit,

Adversary No. 05-9103-JS.  That related lawsuit is still pending. The Plaintiff will notify the

Court should the Defendant satisfy the Judgment.

-2-

Dated: August 28, 2007.

/s/ Charles M. Campisi
Gregory A. Cross
Federal Bar No. 4571-G
Charles M. Campisi
Federal Bar No. 24119
Venable LLP
1800 Mercantile Bank and Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland  21201
(410) 244-7400

Counsel for Plaintiff,
The Marshall & Ilsley Trust

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2007, a copy of the foregoing Status Report and Response to Notice of Contemplated Dismissal was served by the ECF system and/or United States first class mail, postage prepaid on:

Alan M. Grochal, Esquire
Tydings & Rosenberg, LLP
100 E. Pratt Street, 26th Floor
Baltimore, Maryland 21202

Marc Robert Kivitz, Esquire
201 N. Charles Street
Suite 1330
Baltimore, MD 21201

Morton M. Lapides
2077 Maidstone Farm Road
Annapolis, Maryland 21401

/s/ Charles M. Campisi
Charles M. Campisi

BA3DOCS/363497